**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LUCILLE GREENE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1297-SLR |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **April 19, 2005**, copies of the following document:

**UNITED STATES POSTAL SERVICE'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF**

was mailed via First Class United States mail to counsel at the following address:

**John S. Grady**
Grady & Hampton
6 North Bradford Street
Dover, DE 19901
jgrady@gradyandhampton.com
(302) 678-1265
**(302) 678-3544 (FAX)**

                                        COLM F. CONNOLLY
                                        United States Attorney

                            By:   /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov