## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUCILLE GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.  04-1297 (SLR) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

Two true copies of Plaintiff's Answers to Interrogatories were served on:

COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

A.  Service was made by mailing two copies postage pre-paid through the United States Postal Service on July 6, 2005.

B.  The original Plaintiff's Answers to Interrogatories have been retained by the undersigned as custodian.

GRADY & HAMPTON, LLC

 /S/ John S. Grady
John S. Grady, Esquire (I. D. No. 009)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
*Attorney for plaintiff*

DATED:  July 6, 2005