**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LUCILLE GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *v.* | ) | C. A. No.  04-1297 (SLR) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

Pursuant to Fed. R. Civ. P. 5.4, the Undersigned certifies:

Two true copies of Plaintiff's Response to Defendant's Request for Production

were served on:

> COLM F. CONNOLLY
> UNITED STATES ATTORNEY
> Patricia Hannigan, Esquire (2145)
> Assistant United States Attorney
> District of Delaware
> 1007 Orange Street, Suite 700
> Wilmington DE  19899-2046
> *Attorneys for Defendant*
>
> OF COUNSEL:
> Stanford M. Bjurstrom, Esquire
> United States Postal Service
> Law Department-National Tort Center
> PO Box 66640
> St. Louis, MO  63166-6640

A.  Service was made by mailing two copies postage pre-paid through the United

States Postal Service on July 19, 2005.

B.   The original Plaintiff's Response to Defendant's Request for Production have

been retained by the undersigned as custodian.


GRADY & HAMPTON, LLC


 _/S/ John S. Grady_____
John S. Grady, Esquire (I. D. No. 009)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
jgrady@gradyhampton.com
*Attorney for plaintiff*

DATED:  July 19, 2005