IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1297 (SLR) |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION**

TO:   COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

Please take notice that the undersigned attorney will take the oral deposition of the following at the offices of Grady & Hampton, LLC located at 6 North Bradford Street, Dover, Delaware 19904 on **Wednesday, August 17, 2005** at the times indicated.

► Rachel Ward - 1**:00 p.m.**

► James Maurer - 2**:00 p.m.**

|  | GRADY & HAMPTON, LLC |
|---|---|
|  | /S/John S. Grady, Esquire |
|  | John S. Grady, Esquire (009) |
|  | 6 North Bradford Street |
|  | Dover, DE  19904 |
|  | (Tel. 302-678-1265) |
| DATED:  January 21, 2005 | *Attorney for Plaintiff* |
| cc       Court Reporter |  |