## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2005, two true copies of Plaintiff's **NOTICE**

**OF DEPOSITION** were sent via the ECF/CM filing system and the United States Postal

Service, postage prepaid, to:


COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640


GRADY & HAMPTON, LLC


___/S/John S. Grady, Esquire_____
John S. Grady, Esquire (009)
6 North Bradford Street
Dover DE  19904
(302) 678-1265
jgrady@gradyhampton.com
*Attorney for plaintiff*