IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUCILLE GREENE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1297-SLR |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

TO:   **John S. Grady**
　　　Grady & Hampton
　　　6 North Bradford Street
　　　Dover, DE 19901

　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Lucille Greene**, beginning on **Wednesday, August 17, 2005,** at **10:00 a.m.**, at the office John S. Grady, 6 North Bradford Street, Dover, Delaware 19901, (302) 678-1265.  The deposition will be recorded by stenographic means.

　　　　　　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:   /s/Patricia C. Hannigan
　　　　　　　　　　　　　　　　　　　　　Patricia C. Hannigan
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Delaware Bar I.D. No. 2145
　　　　　　　　　　　　　　　　　　　　　The Nemours Bldg.
　　　　　　　　　　　　　　　　　　　　　1007 Orange Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　P. O. Box 2046
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-2046
　　　　　　　　　　　　　　　　　　　　　(302) 573-6277

Dated: July 26, 2005
cc:  Shirley A. Morris, Court Reporter

## **CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that on **July 26, 2005**, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF which will send electronic notification of such filing to the following:

**John S. Grady**
Grady & Hampton
6 North Bradford Street
Dover, DE 19901
jgrady@gradyandhampton.com
(302) 678-1265
**(302) 678-3544 (FAX)**

                                    COLM F. CONNOLLY
                                    United States Attorney

                    By:   /s/Patricia C. Hannigan
                         Patricia C. Hannigan
                         Assistant United States Attorney
                         Delaware Bar I.D. No. 2145
                         The Nemours Building
                         1007 Orange Street, Suite 700
                         P. O. Box 2046
                         Wilmington, DE 19899-2046
                         (302) 573-6277
                         Patricia.Hannigan@usdoj.gov