IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 04-1297-SLR |
| | : |
| UNITED STATES POSTAL SERVICE, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **9th** day of **August, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, September 8, 2005 beginning at 9:00 a.m. has been rescheduled to **Friday, September 16, 2005 beginning at 10:00 a.m.** Submissions of the parties shall now be due on or before **Tuesday, September 6, 2005.** All other provisions of the Court's April 18, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE