## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1297 (SLR) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

TO:   COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

Please take notice that the undersigned attorney will take the oral deposition for use at trial of Dr. Eric Schwartz at his office located at 230 Beiser Blvd., Suite 100, Dover, Delaware 19904 on **Monday, October 24, 2005 at 5:30 p.m**.

GRADY & HAMPTON, LLC

/S/  John S. Grady_____
John S. Grady, Esquire (009)
6 North Bradford Street
Dover, DE  19904
(Tel. 302-678-1265)
*Attorney for Plaintiff*

DATED:      September 28, 2005
cc:         Shirley A. Morris