## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2005, a true copy of Plaintiff's

**NOTICE OF DEPOSITION** were sent via the CM/ECF filing system and the United States

Postal Service, postage prepaid, to:

COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

GRADY & HAMPTON, LLC


/S/   John S. Grady
John S. Grady, Esquire (009)
6 North Bradford Street
Dover DE  19904
(302) 678-1265
jgrady@gradyhampton.com
*Attorney for plaintiff*