# EXHIBIT A

8-17-05.txt

1

1       IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF DELAWARE
3
4   LUCILLE GREENE,              ) Civil Action No.
                                 ) 04-1297(SLR)
5            Plaintiffs          )
                                 )
6   vs.                          )
                                 )
7   UNITED STATES POST OFFICE,   )
                                 ) August 17, 2005
8            Defendant           )
                                 - - - - -
9
10              Deposition of JAMES MAURER, taken by
    Shirley A. Morris, Court Reporter and Notary Public,
11  at the law offices of Grady & Hampton, LLC, 6 North
    Bradford Street, Dover, Delaware, on Wednesday,
12  August 17, 2005, beginning at approximately 2:00
    p.m., there being present:
13
14  APPEARANCES:
15
            GRADY & HAMPTON, LLC
16          BY:  JOHN S. GRADY, ESQ.
            6 North Bradford Street
17          Dover, Delaware 19904
            on behalf of the Plaintiff
18
19          ASSISTANT UNITED STATES ATTORNEY
            BY:  PATRICIA C. HANNIGAN, ESQ.
20          1007 Orange Street, Suite 700
            Wilmington, Delaware 19899-2046
21          on behalf of the Defendant
22
23

2

1
2
3                         I N D E X

Page 1

```
                        8-17-05.txt
 4
 5   Direct Examination by Mr. Grady -------- Page 3
 6
 7
 8
 9                       E X H I B I T S
10
11
12              (No exhibits were marked.)
13
14
15
16
17
18
19
20
21
22
23
                                                            3



 1                   LUCILLE GREENE,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4                   DIRECT EXAMINATION
 5   BY MS. HANNIGAN:
 6       Q    Good morning, Mrs. Greene.  I'm Pat
 7   Hannigan.  I'm an Assistant United States Attorney,
 8   and I'm representing the Postal Service in the law
 9   suit that you have brought.  I'm going to be asking
                         Page 2
```

8-17-05.txt

9    A    Wilmington.

10   Q    What's he being treated for or what's the
11   basis of his --

12   A    Schizophrenic. He was hit in the head in
13   Vietnam. I have had him for thirty years.

14   Q    And is he rated by the VA as fully
15   service connected, a hundred percent disabled?

16   A    One hundred percent.

17   Q    Alright. I'd like to call your attention
18   to the incident that brings us together today, the
19   morning of December 17th of 2002. I understand it
20   was around 9:00 in the morning, maybe 9:30, and you
21   went to the Magnolia Post Office, is that right?

22   A    That's right.

23   Q    What was the weather like that day, if

9

1    you can recall?

2    A    Beautiful.

3    Q    Okay. Tell me what happened.

4    A    First of all, I had an appointment with
5    Harold at 11:00 to be at Wilmington, and so we
6    thought we'd get to the post office early. I think
7    I was there about twenty minutes past nine. I was
8    the first one there. I had made, I make fruit cakes
9    for nursing homes and the VA and I made thirty-five.

10        And anyway, I had the last two to
11   mail. I had them in a box packed nice, and there
12   was a gentleman there. He was kind of, I don't know
13   what was wrong with him. Anyhow, he took my package
14   and he kept shaking them, shaking them. He said,

Page 7

8-17-05.txt

15  "what kind of explosives do you have in this box?"
16  I told him three times, it's fruit cakes and you are
17  going to break them. He said, "Turn around and read
18  what's on the wall."
19              And by that time, I was a little bit
20  shaken. People coming in buying stamps and some
21  people were laughing and some people were saying
22  "Leave her alone, mail it and have it over with" or
23  something like that. And then he kept it up. He

10

1   said, "I want to know what's in the box." I said,
2   fruit cakes. He took the box and he threw it on the
3   counter and said give me $5.35. I gave him the five
4   dollars. I went in my change purse to get
5   thirty-five cents, and I dropped it and some of the
6   people helped me pick it up. So, I gave it to him
7   and he said, "You see this box?" I said yes. He
8   said, "There is three little numbers on it" or
9   whatever it was. He said, "Next time you come here
10  with a box like that, I won't accept it."
11              So, I didn't say anything. I said, I
12  don't think it will hurt anything. So, by that
13  time, I had given him his money. I turned around
14  and went out. And I never cry. I never cried in my
15  life hardly, even when my mother died I didn't cry.
16  And then I started crying. I went down the steps.
17  There is a railing there. I had the railing. My
18  husband's car was kind of parked over like a cement
19  thing for stoppage. It was pale blue. I hooked my
20  toe and I went right over flat on my face and my

Page 8

8-17-05.txt

21  knee.

22              I had a black eye. I knocked a tooth

23  out of my mouth. My knee was all ripped. My mouth

                                                    11

1   was cut. And two people came. A young woman had

2   just came out of the post office and she said, "You

3   know, I heard all that." And she said, "There is

4   only one reason I don't come here, but today I had

5   to, on account of him." She is trying to pick me up

6   from the ground, and I think I was out. So, I heard

7   the man say from a distance, "Let me do this because

8   I'm used to it." He picked me up and he helped me

9   to the car. He said, "I think you should go to the

10  hospital." My husband says, "We have an appointment

11  in Wilmington at 11:00 and we've got to make it."

12              So, my knee was pounding. My head

13  was pounding. The blood was on my face. One of the

14  nurses in the Veteran's Hospital bathed my face a

15  little bit. We were there about two and a half

16  hours or three hours at the most, but Harold had two

17  appointments and then we go back. Because I didn't

18  report it that morning to that post office, I went

19  down to Dover and I reported it. I sat down with a

20  man and I told them all about it, and they said just

21  go back there and tell them.

22              When I got home, there was a message

23  on my phone. I think she is a postmaster. She

                                                    12

8-17-05.txt

```
1         A    Yes.
2              MR. GRADY:  Just for the record, the
3    piece of paper was eight and a half by eleven.
4         Q    Yes?
5         A    I always put them in a large box because
6    I don't want them to get damaged, and I always put
7    papers around them.  Those were going to a convent
8    in Vermont.
9         Q    Do you know if that package arrived at
10   the convent in Vermont?
11        A    Yes, it did.
12        Q    Were the fruit cakes intact?
13        A    No.
14        Q    What do you know about the condition
15   of the fruit cakes when they got there?
16        A    They said you couldn't eat them.  The
17   nuns would eat them anyhow, but they were damaged.
18        Q    How do you know?
19        A    My sister is a nun and she told me.
20        Q    Is she in the convent in Vermont where
21   the fruit cakes went to?
22        A    She passed away this past February.  Yes.
23   There is about seven nuns left there, and I always
                                                      18


1    send them twice a year.
2         Q    And what did she tell you about the
3    condition of the fruit cakes when they arrived?
4         A    She just said they were damaged and she
5    said she ate them with a spoon.  That's what she
```
Page 14

8-17-05.txt

6   told me. She couldn't slice them.
7       Q    Did you tell your sister the story of the
8   incident at the postal --
9       A    No, I didn't.
10      Q    Office?
11      A    No, I didn't.
12      Q    Alright. Can you estimate how heavy the
13  package was?
14      A    Well, I imagine the fruit cakes weighed
15  about two pounds apiece.
16      Q    So, four pounds and a little more maybe
17  for the packaging?
18      A    Uh-huh.
19      Q    Was it wrapped somehow with some sort of
20  paper around the outside?
21      A    I have Saran and I have tinfoil and then
22  I have those little spongy things all around them.
23      Q    And what about the outside of the box?

19

1       A    The box was in good condition. It was a
2   heavy box.
3       Q    Had you wrapped it with paper or
4   anything?
5       A    My husband wrapped it with the wide tape.
6   It was wrapped up good.
7       Q    Duct tape?
8       A    Yes.
9       Q    Were you reusing a box that had been
10  mailed before?
11      A    Uh-huh.

Page 15

8-17-05.txt

19  life, I would never treat people like, that I was in
20  business, never.
21      Q   Alright. I want to turn specifically to
22  what he did specifically, what his behavior was
23  during this interaction. How long would you say you

37

1   interacted with him?
2       A   Well, first of all, I put the cakes down,
3   and he picked them up and shook them, shook them.
4   What kind of explosives do you have in here? What
5   kind of explosives do you got? You know, I never
6   heard that before. I went to Lincoln before and
7   mailed cakes; the girls never did that to me. And
8   he kept doing it. I didn't know if he was joking
9   with me. I said, there's fruit cake in there and
10  you are going to break them. He slammed it down and
11  kept repeating this. And the other thing, he turned
12  around the numbers on the box. I bet he held it up
13  for at least ten minutes.
14      Q   So, you think you may have been at the
15  counter with him for ten minutes?
16      A   I'm sure probably more than that.
17      Q   Okay. During that period of time, did he
18  swear at you?
19      A   No.
20      Q   Did he yell at you?
21      A   Yes.
22      Q   What did he yell?
23      A   Everything he said to me was yelling. He

38

8-17-05.txt

1  made a scene, let's put it that way. He made a
2  scene.
3      Q   Did he throw anything?
4      A   He just threw the cake around.
5      Q   Did he throw anything at you?
6      A   No.
7      Q   You say he threw the cake around. Do you
8  mean on the counter?
9      A   Yes.
10     Q   Did he throw anything else?
11     A   I don't think he even weighed it. I
12 didn't see him weigh that box.
13     Q   Did he do anything else?
14     A   No.
15     Q   Did he threaten you in any way?
16     A   Just his mouth.
17     Q   Well, did he say anything, any words that
18 were threatening?
19     A   No.
20     Q   Did he touch you?
21     A   No.
22     Q   Did he try to touch you?
23     A   He couldn't over that bar. If he had --
                                                    39

1      Q   I'm sorry. He couldn't over the counter
2  because the counter was too wide?
3      A   Sure. He couldn't reach me. He probably
4  could pull my arm, but he didn't do it. He was just
5  nasty with his mouth, and it's very embarrassing
                        Page 31

8-17-05.txt

```
6    when people are standing there listening to that.
7         Q    Did you say anything back to him?
8         A    Nope. I wanted to.
9         Q    And did he ultimately accept your package
10   for mailing?
11        A    He took it.
12        Q    Do you recall him marking through some or
13   scratching out with a pen some markings --
14        A    Yes, he did.
15        Q    That were on the box?
16        A    Yes, he did, boom, boom, boom, boom.
17        Q    For the record, your gesture was back and
18   forth as though with a pen across something.
19        A    Yes, uh-huh.
20        Q    Okay. She can't take down what the boom,
21   boom, boom means, so I had to describe it.
22        A    He was kind of nasty; let's put it that
23   way.
                                                      40


1         Q    This may be obvious, but how did you feel
2    by the end of this encounter?
3         A    I felt terrible. I felt embarrassed.
4    Some people were laughing and some were saying,
5    "Well, get on with it." And one man said, "Mail the
6    package." Everybody was waiting. They probably had
7    to go to work.
8         Q    Were you frightened at any time? Were
9    you frightened of him?
10        A    No, I wasn't. I wanted to hit him.
11        Q    You wanted to hit him?
```
Page 32

8-17-05.txt

```
12      A    Yes, I did.  If I could reach over, I
13  would have.  I'm French; I don't take that crap.
14      Q    Alright.  You say you think the whole
15  interaction may have lasted ten minutes or maybe
16  even more?
17      A    Yes.
18      Q    After that, were you able to walk out of
19  the post office?
20      A    But I don't know why I started to cry.  I
21  think I started to cry because people were laughing.
22  I think that's why I felt bad.  I felt bad.
23      Q    But you were able to walk out under your
                                                    41


1   own esteem?
2       A    Yes.
3       Q    How far was it to walk from the counter
4   where this interaction took place out through the
5   door and to where your car was where you fell?
6       A    Maybe probably six or seven feet out
7   to the hall.  You know, you go out and you open the
8   door, and then there is another little space and you
9   walk down the steps.  There is a railing there.
10      Q    How many steps are there?
11      A    There are four steps down, I think.
12      Q    So, your estimate is approximately
13  six feet to get to the hallway, then you go down
14  four steps?
15      A    Uh-huh.
16      Q    And then out the front door?
17      A    Uh-huh, uh-huh.
```
Page 33