AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

LUCILLE GREENE
V.
UNITED STATES POSTAL SERVICE

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1297-SLR

| PRESIDING JUDGE           | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY                          |
|---------------------------|----------------------|-----------------------------------------------|
| Sue L. Robinson           | John S. Grady, Esq.  | Patricia Hannigan, Esq., Seth Beausang, Esq.  |
| TRIAL DATE (S)            | COURT REPORTER       | COURTROOM DEPUTY                              |
| 11/7/05                   | V. Gunning           | Tassone                                       |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|----------|----------|--------------|--------|----------|----------------------------------------|
| 1        |          | 11/7/05      |        | YES      | Photos                                                                   (Pugh) |
| 2        |          | 11/7/05      |        | YES      | Photos                                                                   (Pugh) |
| 3        |          | 11/7/05      |        | YES      | Accident Report                                                          (Pugh) |
| 5        |          | 11/7/05      |        | YES      | Medical Record                                                         (Greene) |
| 9        |          | 11/7/05      |        | YES      | Letter to John S. Grady, Esq. From Eric T. Schwartz, M.D., dated 9/15/05 (Greene) |
|          | 3        | 11/7/05      | --     |          | Typed Statement                                                        (Greene) |
|          | 1        | 11/7/05      |        | YES      | Photographic Information Sheet                                         (Greene) |
| 6        |          | 11/7/05      |        | YES      | Medical Bills                                                          (Greene) |
| 7        |          | 11/7/05      |        | YES      | Medical Bill                                                           (Greene) |
| 10       |          | 11/7/05      |        | YES      | Estimate - Diamond, Bill for Eye Glasses                               (Greene) |
| 8        |          | 11/7/05      |        | YES      | Damages- Med. Bills, Diamond, Eye Glasses, Dentist                     (Greene) |
|          | 2        | 11/7/05      |        | YES      | Video "Hazmat" Retail Acceptance "First Line of Defense"                 (Ward) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1   Pages