IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1297 (SLR) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED BRIEFING SCHEDULE

Plaintiff's post trial brief will be due on or before January 6, 2006.

The answering brief of the United States Postal Service shall be due 45 days following receipt of Plaintiff's brief.

Plaintiff's reply brief shall be due 20 days following receipt of Defendant's answering brief.

GRADY & HAMPTON, P.A.

_/s/ John S. Grady_
John S. Grady (#009)
6 North Bradford Street
Dover DE 19904
(302) 678-1265
Attorneys for Plaintiff

COLM F. CONNOLLY
UNITED STATES ATTORNEY

_/s/ Patricia Hannigan_
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE 19899-2046
*Attorney for Defendant*

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson