## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2006, a true copy of **PLAINTIFF'S CLOSING MEMORANDUM** was sent via the CM/ECF filing system to:

COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

GRADY & HAMPTON, LLC

/S/   John S. Grady
John S. Grady, Esquire (009)
6 North Bradford Street
Dover DE  19904
(302) 678-1265
jgrady@gradyhampton.com
*Attorney for plaintiff*

DATED:     January 10, 2006