## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2006, a true copy of **PLAINTIFF'S CLOSING MEMORANDUM** was sent via the CM/ECF filing system to:

COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE  19899-2046
*Attorneys for Defendant*

OF COUNSEL:
Stanford M. Bjurstrom, Esquire
United States Postal Service
Law Department-National Tort Center
PO Box 66640
St. Louis, MO  63166-6640

                                                  GRADY & HAMPTON, LLC

                                                  /S/   John S. Grady
                                                  John S. Grady, Esquire (009)
                                                  6 North Bradford Street
                                                  Dover DE  19904
                                                  (302) 678-1265
                                                  jgrady@gradyhampton.com
                                                  *Attorney for plaintiff*

DATED:   January 10, 2006