IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1297-SLR |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 21st day of September, 2006, for the reasons stated in the opinion issued this same date;

IT IS ORDERED that the Clerk of Court is directed to enter judgment in favor of defendant United States Postal Service and against plaintiff Lucille Greene.

_____
United States District Judge