IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUCILLE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1297-SLR |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's opinion and order of September 21, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant United States Postal Service and against plaintiff Lucille Greene.

_____
United States District Judge

Dated: September 21, 2006

_____
(By) Deputy Clerk