IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUCILLE GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1297 (SLR) |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO ALTER OR AMEND THE JUDGMENT**

Plaintiff opposes the motion of the Defendant for the following reasons:

1. Post-trial briefs were written in this case without the benefit of a transcript of the trial testimony. Counsel's recollection of the trial testimony, however, was that Mr. Maurer did not apologize to Plaintiff for his conduct.

2. Even after the investigation by Ms. Ward, there was no indication at trial or in the trial documents that she apologized to the Plaintiff.

3. Plaintiff also suggests that at the mediation, counsel for the Defendant attempted to resolve issues related to the Medicare lien. I would suggest that the results of the mediation are supposed to be confidential and not brought before the Court. Notwithstanding, since the issue has been raised, I would state categorically that the United States Post Office made no offer to settle this case before trial. There was some discussion of determining the amount of the Medicare lien. The Defendant never did supply any information concerning the amount of the Medicare lien.

4. Finally, the Defendant suggests of this case was a frivolous claim. Counsel will dispute that. Plaintiff was injured shortly after attempting to mail some packages out

from the post office. There was an incident between her and the postal worker. She testified honestly. The mere fact that she was unsuccessful with her claim does not necessarily put it into the category of frivolous.

                                    GRADY & HAMPTON, LLC

                                    /S/ John S. Grady
                                    John S. Grady, Esquire (I. D. No. 009)
                                    6 North Bradford Street
                                    Dover, DE 19904
                                    (Tel. 302-678-1265)
                                    jgrady@gradyhampton.com
                                    *Attorneys for plaintiff*

DATED:    October 5, 2006