## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2006, a true copy of **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT** was served via the CM/ECF filing system to:

COLM F. CONNOLLY
UNITED STATES ATTORNEY
Patricia Hannigan, Esquire (2145)
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington DE 19899-2046
*Attorneys for Defendant*

GRADY & HAMPTON, LLC

/S/  John S. Grady
John S. Grady, Esquire (009)
6 North Bradford Street
Dover DE 19904
(302) 678-1265
jgrady@gradyhampton.com
Attorney for plaintiff