IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUCILLE GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1297-SLR |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**\*\*A M E N D E D   O R D E R**

At Wilmington this 17th day of November, 2006, for the reasons stated in the opinion issued this same date;

IT IS ORDERED that the Clerk of Court is directed to enter judgment in favor of defendant United States Postal Service and against plaintiff Lucille Greene.

_____
United States District Judge